Award Made for Parcel Damage No. 94, etc., Borough of Queens, City of New York.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL J. SMITH and Others, Relators, Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, Defendants, Appellants. SPENCER ALDRICH, Intervenor, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

WILLIAM M. REED, Respondent, v. N. E. VAIL & COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

BARBARA ROSENBERG, Respondent, v. JACOB ROSENBERG, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GIUSEPPE SARNO, Respondent, v. AMERICAN SUGAR REFINING COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JAMES G. SAUSE, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MORRIS SELIG, Suing on Behalf of Himself and All Other Stockholders of the B. S. B. REALTY CORPORATION, Appellant, v. HARRY BERG and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

PERCY DEWILLARD SMITH, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

SOL SCHILDKRAUT, Doing Business as JAMAICA AUTO SUPPLY COMPANY, Respondent, v. EDWARD SCHILDKRAUT and Another, Copartners, Doing Business as SCHILDKRAUT & MAYER, Appellants. (Action No. 1.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

SOL SCHILDKRAUT, Doing Business as JAMAICA AUTO SUPPLY COMPANY, Respondent, v. EDWARD SCHILDKRAUT and Another, Copartners, Doing Business as SCHILDKRAUT & MAYER, Appellants. (Action No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

NATHAN AGAR, Respondent, v. HERMAN H. JARMON, Appellant.— Order denying defendant's motion to dismiss the amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ANNA ALTMAN, Respondent, v. MAX BAKST, Appellant, Impleaded with Others, Defendants.— Final order setting aside special verdict in favor of Max Bakst, and granting a new trial, unanimously affirmed, with costs to abide the event. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

MOSES BEAL, Respondent, v. STANDARD OIL COMPANY OF NEW YORK and